Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001759
22-NOV-2013
09:24 AM

NO. CAAP-13-0001759

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SUNSET HEIGHTS HAWAII, LLC, Plaintiff-Appellee,
v.
HAWAIIAN DREDGING CONSTRUCTION CO., INC., et al.,
Defendants-Appellees,
and
ALCAL/ARCADE CONTRACTING, INC., et al.,
Defendants/Third-Party Plaintiffs-Appellants,
v.
ASSOCIATION OF APARTMENT OWNERS OF KO'OLANI, INC., et al.,
Third-Party Defendants-Appellees
(CIVIL NO. 08-1-1350-07)

---

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
and CHARTIS SPECIALTY INSURANCE COMPANY, Plaintiffs-Appellees,
v.
SUNSET HEIGHTS HAWAII, LLC, et al.,
Defendants-Appellees
(CIVIL NO. 10-1-2184-10)

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT


ORDER GRANTING THE OCTOBER 29, 2013 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the motion to dismiss appeal

(Motion to Dismiss) filed on October 29, 2013, by Defendants-

Appellants Alcal/Arcade Contracting, Inc., All Pool & Spa, Inc.,

Associated Steel Workers, Ltd., Bruce Matson Company, Inc., Caulking Hawaii, Inc., Commercial Sheetmetal Co., Inc., Dorvin Leis, Inc., Group Builders, Inc., Island Flooring Company, Inc., Jayco Hawaii, Inc., Kalu Glass Company, Inc., Permasteelisa North America Corp., Specialty Surfacing Company, Hawaii, Inc., Swanson Steel Company, Inc., Takano Nakamura Landscaping, Inc., Wasa Electrical Services, Inc., WE Painting, Inc., and Wichert Tile, Ltd., (Defendants-Appellants), the papers in support, the records and files herein, and noting no opposition,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted, and the appeal is dismissed, with the parties to bear their own fees and costs.

DATED: Honolulu, Hawai'i, November 22, 2013.

Presiding Judge

Associate Judge

Associate Judge